UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 14 AM 9:49

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Fidel GONZALEZ-Santiago,** Defendant | Magistrate Docket No. '07 MJ 2896 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **December 13, 2007** within the Southern District of California, defendant, **Fidel GONZALEZ-Santiago,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

James E. Bailey

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **DECEMBER 2007**

Barbara L. Major

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Fidel GONZALEZ-Santiago**

## PROBABLE CAUSE STATEMENT

On December 13, 2007 Senior Patrol Agents C. Caballero and C. Jacobs were patrolling an area near Tecate, California. At approximately 10:20 a.m. Agents Caballero and Jacobs responded to a seismic sensor activation in an area approximately one mile west of the port of entry at Tecate, California and about half a mile north of the international border with Mexico. This rugged and remote area is commonly traveled by illegal aliens to further their entry into the United States. Agents Caballero and Jacobs hike down into the bottom of a canyon where sneaker prints were observed. The agents followed the prints until they came upon the defendant, Fidel GONZALEZ-Santiago, and another individual hiding in the canyon. The agents identified themselves as Border Patrol agents and queried the two as to their immigration status. Each, including, the defendant, admitted that they were Mexican citizens illegally present in the United States. Both were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 1, 2007 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant admitted that he understood his rights and agreed to be interviewed without representation. The defendant admitted that he was a citizen and national of Mexico illegally present in the United States. The defendant admitted to being previously removed on November 1, 2007. The defendant admitted that he illegally entered the United States on Wednesday December 12, 2007 at approximately 9:00 P.M. by walking through the mountains. His destination was Santa Ana, California where he intended find employment and see his family. The defendant admitted to the criminal record found and that he knew it was illegal to re-enter after being deported.