1  **Christian De Olivas**
   **CalBarNo. 249608**
2  **De Olivas Law Firm, APLC**
   **200 N. Bradford Ave., Suite L**
3  **Placentia, CA 92870**
   **Telephone: (714) 646-3314**
4  **Facsimile:  (714) 646-3721**

FILED

08 JAN 29 PM 1: 14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ *M* _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,

10          Plaintiff,

11      VS.

12  FIDEL GONZALEZ-SANTIAGO,

13          Defendant

Case No: 308 CV 00111 BEN

**SUBSTITUTION OF ATTORNEY**

16  _____ FIDEL GONZALEZ-SANTIAGO _____ hereby substitutes

17  attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at

18  200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number,

19  (714) 646-3314, as attorney of record in place and stead of attorney,

20  JOSEPH MARK McMULLEN  .

22  DATED: 01-29-08 _____      Fidel Gonzalez Santiago _____

23                                  DEFENDANT

25      I consent to the above substitution.

27  DATED: 1/29/08 _____      _____

28                                  PRESENT ATTORNEY

1          308 CV 00111 - BEN