**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 FEB 22 AM 8:29
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature]

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FIDEL GONZALEZ-SANTIAGO, Defendant. | CASE NO. 08cr0111-BEN<br>**JUDGMENT OF DISMISSAL** |

FILED
2008 FEB 26 AM 10:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1235 (MISDEMEANOR); 8 USC 1325 (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/21/08

[signature]
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 2/25/08

United States Marshal

By: [signature]
USMS Criminal Section

ENTERED ON ____________